UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

REGINALD RICHARD (#378006)

VERSUS

TIMOTHY ROGERS, WARDEN

CIVIL ACTION

NO. 05-1093-JJB-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated March 4, 2008 (doc. no. 24) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's motion for injunctive relief (doc. no. 22) is DENIED. Further, the petitioner's application for habeas corpus relief is DENIED and this action is DISMISSED.

Baton Rouge, Louisiana, this 14th day of May, 2008.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE